UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>REDFIN CORPORATION,<br><br>　　　　　　　Defendant. | CASE NO. C20-1586JLR<br><br>ORDER OF REFERENCE |

This action is assigned to the Honorable James L. Robart, United States District Judge.  All future documents filed in this case must bear the cause number C20-1586JLR-TLF.  The court has reviewed the files and records herein and determined that certain pretrial matters are appropriate to refer to a Magistrate Judge as described below.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and Local Rule MJR 3, the court hereby refers to Magistrate Judge Theresa Fricke all motions to amend or supplement the

ORDER - 1

1  pleadings under Federal Rule of Civil Procedure 15, and all motions related to discovery
2  disputes, including but not limited to motions to compel discovery, motions for a
3  protective order related to discovery, and motions related to issues of privilege.  *See* 28
4  U.S.C. § 636(b)(1)(A); Local Rules W.D. Wash. MJR 3(a).  Federal Rule of Civil
5  Procedure 72(a) governs any objections to Magistrate Judge Theresa Fricke's rulings
6  concerning the above-described discovery motions.  *See* Fed. R. Civ. P. 72(a); Local
7  Rules W.D. Wash. MJR 3(b).
8       Pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule MJR 4, the court
9  also hereby refers to Magistrate Judge Theresa Fricke for preparation of a report and
10 recommendation all motions (1) for a temporary restraining order pursuant to Federal
11 Rule of Civil Procedure 65(b);[1] (2) for judgment on the pleadings pursuant to Federal
12 Rule of Civil Procedure 12(c); (3) to dismiss pursuant to Federal Rule of Civil Procedure
13 12(b); and (4) for a default judgment pursuant to Federal Rule of Civil Procedure 55(b).
14 *See* 28 U.S.C. § 636(b)(1)(B); Local Rules W.D. Wash. MJR(a)(3).  Federal Rule of Civil
15 Procedure 72(b) governs any further proceedings in this court after Magistrate Judge
16 Theresa Fricke files a report and recommendation.  *See* Fed. R. Civ. P. 72(b); Local Rules
17 W.D. Wash. MJR 4(c).
18      Accordingly, the court ORDERS that the above-entitled action is referred to
19 Magistrate Judge Theresa Fricke for the specific purposes and types of motions described
20 herein.  The court further DIRECTS and EMPOWERS Magistrate Judge Theresa Fricke
21
22     [1] For motions for a temporary restraining order, Magistrate Judge Theresa Fricke is authorized to prepare the order as recommended for the undersigned's signature.

1 | to conduct hearings and make further necessary orders consistent with 28 U.S.C. § 636,
2 | the local rules, and this order.

3 |       Dated this 7th day of December, 2020.

                                             JAMES L. ROBART
                                             United States District Judge

ORDER - 3