The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING CENTER OF METROPOLITAN DETROIT; FAIR HOUSING JUSTICE CENTER; FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA; HOPE FAIR HOUSING CENTER; LEXINGTON FAIR HOUSING COUNCIL; LONG ISLAND HOUSING SERVICES; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; OPEN COMMUNITIES; and SOUTH SUBURBAN HOUSING CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>REDFIN CORPORATION,<br><br>Defendant. | No. C20-1586JLR-TLF<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND AND INITIAL SCHEDULING DATES<br><br>Noted for Consideration: December 28, 2020 |

## **STIPULATION**

Pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), the parties stipulate and agree as follows:

1. On November 3, 2020, the Court entered an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement. Dkt. 9. That order requires the parties to conduct their Fed. R. Civ. P. 26(f) conference by January 12, 2021, exchange initial disclosures by

STIPULATION AND ORDER EXTENDING TIME
(No. C20-1586JLR-TLF) - 1

1 | January 19, 2021, and file their Combined Joint Status Report and Discovery Plan by January 27,
2 | 2021. *Id.* at 1.

      2.      On November 20, 2020, the parties filed their Stipulation and [Proposed] Order Extending Time to Answer or Otherwise Respond, extending Redfin's deadline to file a response to the Plaintiffs' Complaint from November 23, 2020, to January 20, 2021. Dkt. 18 at 2. The parties represented that they "have recently begun preliminary discussions of a possible resolution of the Plaintiff's claims, which will include meetings to facilitate these efforts." *Id.* On November 23, 2020, the Court granting the parties' stipulated motion. Dkt. 19.

      3.      The parties' discussions regarding a possible resolution of the Plaintiffs' claims are ongoing. The parties have begun informally exchanging information to facilitate discussion of the possibility of a negotiated resolution of the Plaintiffs' claims.

      4.      To accommodate the parties' ongoing efforts to resolve the case, Plaintiffs and Redfin have agreed, subject to the Court's approval, to extend all litigation-related deadlines by 60 days. Specifically, the parties request that the Court extend existing deadlines as follows:

| Event | Existing Date | Proposed Date |
| --- | --- | --- |
| Response to Complaint: | January 20, 2021 | March 20, 2021 |
| Deadline for FRCP 26(f) Conference: | January 12, 2021 | March 13, 2021 |
| Initial Disclosures: | January 19, 2021 | March 22, 2021 |
| Joint Status Report and Discovery Plan: | January 27, 2021 | March 29, 2021 |

      5.      The parties stipulate and agree there is good cause for the Court to grant their requested extension of these deadlines to allow the parties to focus energy and resources on exploring the feasibility of a negotiated resolution of this action before the commencement of active litigation and formal discovery.

STIPULATION AND ORDER EXTENDING TIME
(No. C20-1586JLR-TLF) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Dated: December 28, 2020

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Redfin Corporation*

By: *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Robert J. Maguire, WSBA #29909
    Chava Brandriss, *Pro Hac Vice*
    Arthur A. Simpson. WSBA #44479
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206-622-3150
    Fax: 206-757-7700
    Email: steverummage@dwt.com
    Email: robmaguire@dwt.com
    Email: chavabrandriss@dwt.com
    Email: arthursimpson@dwt.com

Dated: December 28, 2020

EMERY CELLI BRINCKERHOFF ABADY WARD & MAAZEL LLP
*Attorneys for Plaintiffs*

By: *s/ Samuel Shapiro*
    Diane L. Houk, *Pro Hac Vice*
    Samuel Shapiro, *Pro Hac Vice*
    600 Fifth Avenue, 10th floor
    New York, NY 10020
    Telephone: 212-763-5000
    Fax: 212-763-5001
    Email: dhouk@ecbawm.com
    Email: sshapiro@ecbawm.com

Dated: December 28, 2020

MACDONALD HOAGUE & BAYLESS
*Attorneys for Plaintiffs*

By: *s/ Jeffrey Lynn Taren*
    Jeffrey Lynn Taren, WSBA #50275
    705 Second Avenue, Suite 1500
    Seattle, WA 98104-1745
    Telephone: 206-622-1604
    Email: JeffreyT@mhb.com

## **ORDER**

In accordance with the foregoing stipulation, IT IS SO ORDERED.

DATED this _____ day of _____, 2020.

                                                                                   _____
                                                                                    JAMES L. ROBART
                                                                                    United States District Judge

STIPULATION AND ORDER EXTENDING TIME
(No. C20-1586JLR-TLF) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax