UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>REDFIN CORPORATION,<br><br>　　　　　　　　Defendants. | Case No. C20-1586 JLR-TLF<br><br>ORDER GRANTING STIPULATED MOTION |

This matter comes before the Court on the parties' stipulated motion to extend initial scheduling dates. Dkt. 21.

On November 3, 2020 the Court issued an Order Regarding Initial Disclosure, Joint Status Report and Early Settlement. Dkt. 9. On November 23, 2020, the Court granted the parties' stipulated motion to extend the time for defendant to file a response to the complaint. Dkt. 19.

The parties are requesting a second extension of time for defendant to respond to the complaint and for other scheduling deadlines. Dkt. 21. The parties indicate that they are engaged in ongoing discussions regarding a possible resolution of plaintiff's claims. *Id*. The parties also indicate that they are informally exchanging information to facilitate these discussions. *Id*. To further facilitate these ongoing discussions, the parties request a 60-day extension of litigation-related deadlines. *Id*.

ORDER GRANTING STIPULATED MOTION - 1

1  Based on the parties' stipulated motion (Dkt. 21) and the record, the Court
2  GRANTS the stipulated motion and modifies the following deadlines:

| Event | Date |
| --- | --- |
| Response to Complaint | March 20, 2021 |
| Deadline for FRCP 26(f) Conference | March 13, 2021 |
| Initial Disclosures | March 22, 2021 |
| Joint Status Report and Discovery Plan | March 29, 2021 |

Dated this 29th day of December, 2020.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING STIPULATED MOTION - 2