The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING CENTER OF METROPOLITAN DETROIT; FAIR HOUSING JUSTICE CENTER; FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA; HOPE FAIR HOUSING CENTER; LEXINGTON FAIR HOUSING COUNCIL; LONG ISLAND HOUSING SERVICES; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; OPEN COMMUNITIES; and SOUTH SUBURBAN HOUSING CENTER,<br><br>    Plaintiffs,<br><br>    v.<br><br>REDFIN CORPORATION,<br><br>    Defendant. | No. 2:20-cv-01586-JLR-TLF<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE<br><br>**Noted for Consideration**:<br>April 29, 2022 |

## **STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Local Civil Rule 10(g), and Local Civil Rule 7(d)(1), the parties jointly move the Court for the following relief:

1. Plaintiffs and Redfin have reached an agreement that resolves this litigation, the terms of which are memorialized in the Settlement Agreement attached hereto as Exhibit 1.

2. This action shall be dismissed with prejudice, subject to Paragraphs 3 and 4 below, and without costs or expenses to any party except as specifically provided for in the Settlement Agreement.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3. The Parties jointly request that the Court retain jurisdiction over this action for the sole purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement. Pursuant to Paragraph 52 of the Settlement Agreement, the parties will not seek relief from the Court to resolve disputes until after there has been notice and an opportunity to cure, followed by third-party mediation. The Court's jurisdiction will automatically terminate three years after Defendant Redfin has notified Plaintiffs in writing that it has completed the actions described in Paragraph 2 of the Settlement Agreement.

4. Plaintiffs condition their agreement to dismiss pursuant to this Stipulated Motion on the Court retaining jurisdiction over this action for the sole purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement.

Dated: April 29, 2022

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Redfin Corporation*

By: *s/Stephen M. Rummage*
   Stephen M. Rummage, WSBA #11168
   Robert J. Maguire, WSBA #29909
   Chava Brandriss, *Pro Hac Vice*
   Arthur A. Simpson, WSBA #44479
   920 Fifth Avenue, Suite 3300
   Seattle, WA  98104-1610
   Telephone: 206-622-3150
   Fax: 206-757-7700
   Email: steverummage@dwt.com
   Email: robmaguire@dwt.com
   Email: chavabrandriss@dwt.com
   Email: arthursimpson@dwt.com

Dated: April 29, 2022

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
*Attorneys for Plaintiffs*

By: *s/Diane L. Houk*
   Diane L. Houk, *Pro Hac Vice*
   Samuel Shapiro, *Pro Hac Vice*
   600 Fifth Avenue, 10th floor
   New York, NY 10020
   Telephone: 212-763-5000
   Fax: 212-763-5001
   Email: dhouk@ecbawm.com
   Email: sshapiro@ecbawm.com

Dated: April 29, 2022

MACDONALD HOAGUE & BAYLESS
*Attorneys for Plaintiffs*

By: *s/Jeffrey Lynn Taren*
   Jeffrey Lynn Taren, WSBA #50275
   705 Second Avenue, Suite 1500
   Seattle, WA 98104-1745
   Telephone:  206-622-1604
   Email: JeffreyT@mhb.com

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

It is SO ORDERED.  The Court shall retain jurisdiction over this action for the sole purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement.

DATED this _____ day of _____, 2022.

_____
Honorable James L. Robart
United States District Judge

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax