The Honorable James L. Robart

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10 | NATIONAL FAIR HOUSING ALLIANCE; FAIR HOUSING CENTER OF METROPOLITAN DETROIT; FAIR HOUSING JUSTICE CENTER; FAIR HOUSING RIGHTS CENTER IN SOUTHEASTERN PENNSYLVANIA; HOPE FAIR HOUSING CENTER; LEXINGTON FAIR HOUSING COUNCIL; LONG ISLAND HOUSING SERVICES; METROPOLITAN MILWAUKEE FAIR HOUSING COUNCIL; OPEN COMMUNITIES; and SOUTH SUBURBAN HOUSING CENTER,

Plaintiffs,

v.

REDFIN CORPORATION,

Defendant.

No. 2:20-cv-01586-JLR-TLF

SETTLEMENT AGREEMENT

This Settlement Agreement (the "Agreement") is entered into by and between plaintiffs National Fair Housing Alliance ("NFHA"), Fair Housing Center of Metropolitan Detroit, Fair Housing Justice Center, Fair Housing Rights Center in Southeastern Pennsylvania, Hope Fair Housing Center, Lexington Fair Housing Council, Long Island Housing Services, Metropolitan Milwaukee Fair Housing Council, Open Communities, and South Suburban Housing Center (collectively, "Plaintiffs"), and defendant Redfin Corporation ("Redfin") (each, a "Party," and together, the "Parties").

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

SECTION I

**RECITALS**

A.      On October 28, 2020, Plaintiffs filed a lawsuit against Redfin captioned *National Fair Housing Alliance, et al. v. Redfin Corporation*, Western District of Washington No. 2:20-cv-01586-JLR-TLF (the "Action"), alleging violations of the federal Fair Housing Act, 42 U.S.C. § 3601 *et seq.* (the "FHA"), and seeking declaratory relief, injunctive relief, and damages.

B.      Plaintiffs and Redfin have decided to voluntarily resolve the claims Plaintiffs asserted in the Action.  They agree that this Agreement, as a compromise to avoid protracted expenses and litigation, reflects a full and fair resolution of the disputes between the Parties.

C.      Plaintiffs and Redfin jointly request that the Court retain jurisdiction to enforce the terms of this Agreement.  The retention of jurisdiction is a material term of this Agreement.

**BASED ON THE FOREGOING, ALL PARTIES STIPULATE AND AGREE** that all claims asserted, or that could have been asserted, in the Action will be compromised, settled, released, and dismissed according to the terms of this Agreement, as follows:

SECTION II

**DEFINITIONS**

1.      As used in this Agreement, the following terms will have the following meanings:

a.      "Business Market" refers to Redfin's service area within a particular geographic region or metropolitan area. "Business Markets" may be subdivided into smaller geographic areas referred to as Redfin "Service Regions."  Some larger Redfin Business Markets are first subdivided into "Business Areas" before being further subdivided into Service Regions.

b.      "Buy-side" refers to residential real estate brokerage services provided to buyers of homes.

c.      "Complaint" refers to the Complaint Plaintiffs filed in the Action on October 28, 2020.

d.      "Minimum Home Price" refers to Redfin's static minimum home price below which neither Redfin nor its Partner Program provides residential real estate service.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1            e.     "Non-White," when used to refer to people, means all people who are not

2    White Non-Hispanic people according to U.S. Census data.

3            f.     "Partner Agents" refers to real estate agents whose real estate licenses are

4    affiliated with other real estate brokerages and who are neither Redfin employees nor Redfin

5    independent contractors, but who receive referrals from Redfin to provide residential real estate

6    service to people through Redfin's Partner Program.

7            g.     "Partner Program" refers to Redfin's program for referring people to real

8    estate agents whose real estate licenses are affiliated with other real estate brokerages and who

9    are neither Redfin employees nor Redfin independent contractors, but who have referral

10   agreements with Redfin or are affiliated with real estate brokerages that have referral agreements

11   with Redfin.

12           h.     "Redfin Price Thresholds" refers to Redfin's dynamic home-price-based

13   system for managing demand and profitability, which Redfin periodically sets by Service Region

14   and which determines whether Redfin will offer residential real estate service through its

15   employee agents.

16           i.     "Partner Program Price Thresholds" refers to Redfin's dynamic home-

17   price-based system for managing demand and profitability within its Partner Program, which

18   Redfin periodically sets by Service Region and which determines whether Redfin will offer

19   Partner Agent referrals.

20           j.     "Service Commitment" refers to Redfin's agreement to offer Buy-side

21   service to an agreed proportion of people expressing interest in homes listed below the Target

22   Price in ten metropolitan areas, as described in Section V below.

23           k.     "Service Regions" refers to geographic subsets of Redfin's Business

24   Markets.

25           l.     "Side Letter" refers to the letter executed by NFHA and Redfin

26   contemporaneous with their execution of this Agreement, which identifies the counties in which

27   Redfin's Service Commitment applies and specifies the initial Target Price for each county.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 3

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

m.     "Target Price" refers to the price shown on the Side Letter for each of the counties in which Redfin's Service Commitment applies.

n.     "White," when used to refer to people, means all people who are White Non-Hispanic people according to U.S. Census data.

SECTION III

**TERM AND SCOPE OF AGREEMENT**

2.     All obligations under this Agreement, unless otherwise specified, will commence on the date the Court dismisses the Action and retains jurisdiction to enforce the terms of this Agreement ("Effective Date") and, unless stated otherwise, will remain in effect for a period of three years beginning from the date Redfin notifies Plaintiffs in writing that it has completed all of the following:  (1) fully implemented the Service Commitment described in Section V below, (2) fully implemented the Redfin Price Threshold monitoring system described in Section IV(C) below, (3) adopted the criteria for drawing new Service Regions described in Section IV(D) below, and (4) adopted the fair housing training described in Section IV(G)(iv) below, provided that if NFHA fails to deliver the required training materials within the timeframe set out in Paragraph 27, the three-year period specified in this Paragraph will begin running when Redfin notifies Plaintiffs in writing that it has completed items (1) through (3), specified above.

3.     This Agreement will be binding on the Parties, including their respective employees, agents, representatives, officers, assigns, or successors in interest, unless otherwise specified.  The Parties do not intend to create any third-party beneficiaries to this Agreement.

SECTION IV

**NATIONAL OPERATIONAL CHANGES AND ENHANCEMENTS**

A. *Elimination of Minimum Home Price*

4.     Beginning one month after the Effective Date, and for a period of five years thereafter, Redfin shall eliminate the use of a Minimum Home Price below which it will not offer either Redfin or Partner Program residential real estate service on its website.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 4

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

### B. *Partner Program*

5.　　Beginning three months after the Effective Date, and for a period of five years thereafter, Redfin shall eliminate the use of Partner Program Price Thresholds.  Redfin will not decline to refer a person to a Partner Agent because the home about which the person has inquired is below a certain price.

6.　　Redfin shall ensure that its contracts with Partner Program participants require compliance with the FHA and applicable state and local housing laws prohibiting discrimination.

### C. *Redfin Price Threshold Monitoring System*

7.　　Redfin may continue to use Redfin Price Thresholds to determine whether requests for real estate services from Redfin will be assigned to Redfin employee agents.  Redfin will design, test, and implement a Redfin Price Threshold monitoring and alert system.  The Redfin Price Threshold monitoring and alert system will be designed to allow Redfin to identify and address, in the manner described in Paragraph 8, instances in which Redfin Price Thresholds in predominantly Non-White Service Regions (i.e., where more than 50 percent of the residents within the Service Region boundaries, according to U.S. Census data, are Non-White) exceed those in predominantly White Service Regions (i.e., where more than 50 percent of the residents within the Service Region boundaries, according to U.S. Census data, are White) located within the same Business Market or Business Area.

8.　　As part of the Redfin Price Threshold monitoring system, Redfin will (a) develop objective criteria by which to identify and evaluate Redfin Price Threshold divergences; (b) establish a set of potential corrective actions to address Redfin Price Threshold divergences where the objective criteria recommend corrective action; (c) implement corrective action according to the objective criteria; and (d) document any corrective actions taken or not taken, and the criteria Redfin applied in deciding whether to take corrective action.  Redfin shall implement subparts (a) through (d) with the purpose and intent of creating a system in which buyers seeking homes in predominantly Non-White Service Regions have an equal opportunity to obtain service from a Redfin employee agent as buyers seeking homes of the same price in

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  predominantly White Service Regions in the same Business Market or Business Area at the same

2  time.

3        9.    Redfin will implement the Redfin Price Threshold monitoring system and

4  corrective action plan within one year of the Effective Date.  Before implementation (and within

5  six months of the Effective Date), Redfin will present the proposed Redfin Price Threshold

6  monitoring system and corrective action plan to NFHA, as Plaintiffs' representative.  The

7  presentation will include:  (a) the objective criteria Redfin will use to identify and evaluate

8  Redfin Price Threshold divergences; (b) the corrective actions Redfin may take to address Redfin

9  Price Threshold divergences, as well as the circumstances in which corrective actions will be

10  taken; and (c) a summary of Redfin's initial modeling and/or testing of the proposed system and

11  corrective action plan.  Redfin will consider in good faith requests by NFHA for additional

12  information relating to Redfin's development of the Redfin Price Threshold monitoring system

13  and corrective action plan.  Within thirty days of Redfin's presentation, Plaintiffs may provide

14  suggestions or recommendations, which Redfin will consider in good faith before implementing

15  the Redfin Price Threshold monitoring system.

16        10.    Redfin will report to NFHA and meet with NFHA, as Plaintiffs' representative,

17  regarding implementation of the Redfin Price Threshold monitoring system.  Redfin will provide

18  the initial report to NFHA and meet with NFHA approximately six months after the date on

19  which the Redfin Price Threshold monitoring system is first implemented.  Redfin's report will

20  include data sufficient to identify all Redfin Price Thresholds that were in place, along with the

21  dates on which they were in place, during the reporting period, within the Service Regions

22  located within the ten metropolitan areas discussed in the Complaint.  Following the initial report

23  and meeting, Redfin will provide annual reports to NFHA covering the previous year and meet

24  with NFHA within thirty days before the first, second, and third anniversaries of the date on

25  which Redfin first implements the Redfin Price Threshold monitoring system.  Redfin shall

26  provide NFHA with its reports at least sixty days before meeting with NFHA.  Within ten days

27  of receiving a report, NFHA may request Redfin's documentation regarding corrective actions

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  taken or not taken, and the criteria Redfin applied in deciding whether to take corrective action,

2  with regard to specific instances of divergence that the objective criteria referenced in

3  Paragraphs 8 and 9, above, identify as potentially subject to corrective action.  NFHA may

4  request such documentation as to no more than ten percent (10%) of such identified divergences

5  within each of the ten metropolitan areas discussed in the Complaint, provided, however, that

6  NFHA shall in all events have the right to request Redfin's documentation with respect to no

7  fewer than five such divergences within each of the ten areas.  Redfin will provide the requested

8  information within forty-five days of receiving a request pursuant to this Paragraph.

9      11.    If Redfin determines during the Agreement term that it must implement material

10  changes to the Redfin Price Threshold monitoring system and corrective action plan, Redfin will

11  present the proposed changes to NFHA, as Plaintiffs' representative.  Within thirty days of

12  Redfin's presentation, Plaintiffs may provide suggestions or recommendations, which Redfin

13  will consider in good faith before implementing changes to the Redfin Price Threshold

14  monitoring system and corrective action plan.

15      **D.  _Service Regions_**

16      12.    Redfin Market Managers must obtain approval, at the Director level or above

17  within Redfin's organizational hierarchy, before drawing new Service Regions or re-drawing

18  existing Service Regions.

19      13.    Redfin will use only, though not necessarily all, the following criteria when

20  drawing new Service Regions:  housing density (i.e., the number and type of residential

21  properties in an area), listing density (i.e., the number and type of residential properties listed for

22  sale in an area), square mileage, traffic patterns and traffic infrastructure, estimated demand for

23  services on or after the Effective Date, estimated travel times, natural geographic boundaries, and

24  jurisdictional or census boundaries (i.e., state, city, or county lines, U.S. Census tracts, or U.S.

25  Census block groups).  Redfin will also apply the criteria to any existing Service Regions whose

26  boundaries it re-draws.

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

14. Redfin will implement the new Service Region drawing criteria within one year of the Effective Date.

15. If Redfin chooses during the Agreement term to revise its new Service Region drawing criteria, Redfin will present the proposed revised Service Region drawing criteria to NFHA, as Plaintiffs' representative. Within thirty days of Redfin's presentation, Plaintiffs may provide suggestions or recommendations regarding the revised criteria, which Redfin will consider in good faith before implementing any revisions. During the term of the Agreement, Redfin will provide NFHA, as Plaintiffs' representative, on an annual basis, a map of any newly drawn or re-drawn Service Regions within the ten metropolitan areas discussed in the Complaint. Redfin will provide the maps on the first, second, and third anniversaries of the date on which Redfin implements the new Service Region drawing criteria.

16. Absent a request from an agent, Redfin will not base an agent's Service Region assignment on the agent's home address when assigning the agent to a Service Region within the agent's home Business Market. In making Service Region assignments, Redfin may consider, among other factors, an agent's ability to travel to the Service Region.

### E. *Outreach and Recruiting Plan*

17. Redfin will develop and implement a written outreach, recruiting, and advertising plan for recruitment and hiring of Redfin employee agents, and for contracting with independent contractor agents ("Associate Agents") and Partner Agents, designed to increase racial diversity within the Redfin employee agent, Associate Agent, and Partner Agent workforce (the "Outreach and Recruitment Plan"). The Outreach and Recruitment Plan will include the following components:

a. Redfin will build ongoing relationships with associations of Non-White real estate professionals, including national and local chapters of the National Association of Real Estate Brokers (NAREB), the National Association of Hispanic Real Estate Professionals (NAHREP), and the Asian Real Estate Association (AREAA). NFHA will assist Redfin in developing relationships with these organizations.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

b. Redfin will use recruitment methods that build upon these relationships, including tools such as:

(i) participating in job fairs and other recruitment opportunities that will reach potential applicants of color, including at historically black colleges and universities (HBCUs) and through NAREB, NAHREP, and AREAA;

(ii) recruiting from realty firms in Redfin Business Markets owned by Non-White persons or that have a racially diverse group of affiliated agents/brokers or are members of NAREB, NAHREP, and/or AREAA;

(iii) having Redfin personnel attend real estate industry events, serve on committees, and participate in activities sponsored by NAREB, NAHREP, and/or AREAA;

(iv) seeking to increase racial diversity at executive and policy-making levels within Redfin.

c. Redfin will support and partner with programs that promote racial diversity within the residential real estate industry, such as educational and mentoring programs, scholarships, workshops, internships, conferences, and other similar education and outreach initiatives.

d. Redfin will evaluate existing recruiting marketing campaigns to ensure they are designed to create a racially diverse pool of Redfin employee agent, Associate Agent, and Partner Agent candidates.

18. Redfin will implement the Outreach and Recruitment Plan within one year of the Effective Date. Before implementation, and within six months of the Effective Date, Redfin will present the proposed Outreach and Recruitment Plan to NFHA, as Plaintiffs' representative. Within thirty days of Redfin's presentation, Plaintiffs may provide suggestions or recommendations, which Redfin will consider in good faith before implementing the Outreach and Recruitment Plan.

19. During the term of the Agreement, Redfin will provide NFHA, as Plaintiffs' representative, an annual report describing what specific steps were taken to implement the

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 9

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Outreach and Recruitment Plan during the previous year.  Redfin will determine the form of its

2  reporting but will consider in good faith any additional requests by Plaintiffs for specific

3  information relating to Redfin's implementation of the Outreach and Recruitment Plan.  Redfin

4  will provide the reports on the first, second, and third anniversaries of the date on which it

5  implements the Outreach and Recruitment Plan.

6        **F.  _Advertising Plan_**

7        20.  Within six months of the Effective Date, Redfin will adopt and implement an

8  advertising plan ("Advertising Plan") that promotes Redfin's services to prospective sellers and

9  buyers of homes in Non-White communities.

10        21.  The Advertising Plan will provide that advertising and marketing materials will

11  use racially diverse human models where human models are used in advertising, and that Redfin

12  will not target advertising with racially diverse human models only to Non-White consumers or

13  media sources with predominantly Non-White viewers/readers.  Redfin agrees to comply with

14  the U.S. Department of Housing and Urban Development's Advertising Guidelines, Appendix I

15  to Part 109, including Section 109.30(b).

16        22.  Before implementation, and within three months of the Effective Date, Redfin

17  will present the Advertising Plan to NFHA, as Plaintiffs' representative.  Within thirty days of

18  Redfin's presentation, Plaintiffs may provide suggestions or recommendations, which Redfin

19  will consider in good faith before implementing the Advertising Plan.

20        **G.  _Fair Housing Act Compliance:  Non-Discrimination, Fair Housing Policies,_**
21            **_and Fair Housing Training_**

22          **i.  _Non-Discrimination Commitment_**

23        23.  Redfin reaffirms its commitment not to discriminate on the basis of race or

24  national origin as prohibited by the FHA, 42 U.S.C. § 3601, _et seq._, and to comply with all

25  provisions of the FHA, including 42 U.S.C. § 3617.

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

ii.   ***Fair Housing Compliance Officer and Fair Housing Compliance***

24.     Redfin shall identify a senior executive to serve as Fair Housing Compliance Officer.  The designated individual will be a point-of-contact for Plaintiffs regarding settlement implementation and identify lines of communication and practices within and between Redfin's Board of Directors and Executive Suite to ensure compliance with anti-discrimination laws and this Agreement.

25.     The Fair Housing Compliance Officer will ensure Redfin's real estate brokerage policies comply with fair housing laws, including evaluating whether they adversely impact Non-White communities or Non-White prospective home buyers or sellers, and oversee and ensure Redfin's compliance with the terms of this Agreement.

iii.   ***Equal Opportunity In Housing Policy***

26.     Redfin shall adopt a written equal opportunity in housing policy.  Within thirty days of the Effective Date, Redfin will (a) ensure that each of its directors, employees, Associate Agents, and Partner Agents receives a copy of the policy; and (b) post the policy on its website.

iv.   ***Fair Housing Training***

27.     NFHA will develop fair housing training content (to supplement or replace Redfin's current fair housing training program content) designed for use with Redfin's employees, Associate Agents, and Partner Agents.  Redfin will meet with NFHA within sixty days of the Effective Date to provide information and input to enable NFHA to develop an effective, customized fair housing training program for Redfin.  Within 120 days after the meeting, NFHA will provide Redfin a draft of the training content in the form of PowerPoint slides with detailed training presentation notes, as well as knowledge check questions and training scenarios.  NFHA's training content shall include a notation designating the training content as NFHA's proprietary information ("NFHA Notation").  Redfin will provide feedback to NFHA on the content within thirty days of receiving it, and NFHA will deliver a revised draft, which shall include the NFHA Notation, to Redfin within forty-five days of the date it receives Redfin's feedback.  Redfin shall have the right to make the final determination, in its sole

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1   discretion, as to the content and form of the fair housing training actually provided to employees,

2   Associate Agents, and Partner Agents, provided that Redfin shall not reject NFHA's proposed

3   content without a good faith reason for doing so.  Redfin will put the approved training content

4   (the "Approved Training Content") into its desired training format(s) (together with the

5   "Approved Training Content," the "Approved Fair Housing Training"), and begin to use the

6   training within 120 days after receiving the revised draft from NFHA.  Both the Approved

7   Training Content and the Approved Fair Housing Training shall include a prominent notation

8   indicating that they include NFHA and Redfin proprietary information and prohibiting further

9   dissemination beyond the intended recipients.  Redfin shall not make material modifications to

10  the Approved Training Content during the term of this Agreement without first providing NFHA

11  notice and an opportunity to comment on Redfin's proposed modification(s).  Within thirty days

12  of Redfin presenting any proposed modification(s) to the Approved Training Content to NFHA,

13  NFHA may provide suggestions or recommendations, which Redfin will consider in good faith

14  before implementing the proposed modification(s) to the Approved Training Content.

15       28.      Redfin shall provide NFHA with a copy of all fair housing training materials

16  created and disseminated by Redfin headquarters pursuant to this Section and during the term of

17  the Agreement.  This Section does not prevent Redfin from providing additional fair housing

18  training or information to its employees during the term of the Agreement.

19       29.      Once adopted, Redfin shall require that all employees, executives, and Associate

20  Agents complete the Approved Fair Housing Training.  Redfin will also distribute the Approved

21  Fair Housing Training to Partner Agents and require certification that the Partner Agent has

22  completed either the Approved Fair Housing Training provided by Redfin, or any fair housing

23  training required by the Partner Agent's applicable state and local laws, or state or local real

24  estate licensing agencies.

25       30.      NFHA hereby grants to Redfin a nonexclusive, non-transferable, non-

26  sublicensable, permanent, irrevocable, fully paid, royalty-free worldwide license to use the

27  portions of the Approved Training Content created by NFHA, including the right to copy,

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

modify, display, and disclose to Redfin employees, independent contractors, Partner Agents and other third parties deemed by Redfin to be reasonably necessary to effect the purposes of this Section IV(G)(iv), such as printing or software vendors.  Redfin acknowledges that NFHA retains ownership, and all right, title, and interest, including all intellectual property rights, in the portion of the Approved Training Content created by NFHA.  Redfin agrees not to sell to anyone the Approved Training Content created by NFHA.  Nothing in this Agreement will vest in Redfin any ownership interest or intellectual property rights in the portion of the Approved Training Content created by NFHA, beyond those described in this Paragraph.  Redfin acknowledges that NFHA will incur serious harm to its intellectual property rights if Redfin violates this Agreement by sharing, distributing, or selling NFHA's portion of the Approved Training Content to parties other than those described in this Paragraph; NFHA, however, acknowledges that this Agreement requires Redfin to distribute the Approved Fair Housing Training to thousands of Partner Agents affiliated with other brokerages, and that Redfin shall not be liable if those Partner Agents (or others to whom Redfin has provided the Approved Fair Housing Training in accordance with this Agreement) disseminate the Approved Fair Housing Training, including NFHA's portion of the Approved Training Content.

SECTION V

**BUYERS' AGENT SERVICE COMMITMENT**

31.     The following definitions apply to this Section V ("Buyers' Agent Service Commitment"):

a.     "Contact" refers to a person who (1) requests Buy-side agent service from or through Redfin, such as a request to tour a home; to be connected to a buyer's real-estate agent; or to make an offer on a home; and (2) is requesting Buy-side agent service from or through Redfin either (a) for the first time, or for the first time in over a year; or (b) after having already bought a home through Redfin or a Partner Agent.

b.     "Customer" refers to a person who receives personal Redfin Buy-side service, such as being taken on a home tour by a Redfin employee agent or Associate Agent;

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 13

1    meeting or conferring with a Redfin employee agent to discuss the person's homebuying goals or

2    the homebuying process; or submitting an offer to purchase a home through Redfin.

3              c.        "New Buy-side Customers" refers to Customers derived from Contacts for

4    whom Redfin can determine from the initial request for Buy-side service the location and price

5    of the home in which the requester is expressing interest.

6          32.    For each quarter during the term of the Agreement, at least eleven percent (11%)

7    of Redfin's New Buy-side Customers (not including people referred by Redfin to Partner

8    Agents) within each of the counties identified in the Side Letter (collectively, the "Service

9    Counties") will be New Buy-side Customers whose initial requests for service can be determined

10   to relate to homes listed below the Target Price for the Service County in which the home is

11   listed.  In meeting its Service Commitment, Redfin will offer service to people expressing

12   interest in homes below the Target Price without other regard to the price of the home in which

13   the person has expressed interest.  For the avoidance of doubt, nothing in this Paragraph prevents

14   Redfin from referring people expressing interest in homes below the Target Price to Partner

15   Agents, to the extent Partner Agents have capacity, or from declining to offer service or a referral

16   where neither Redfin employee agents nor Partner Agents have capacity, so long as at least

17   eleven percent (11%) of Redfin's New Buy-side Customers (not including people referred by

18   Redfin to Partner Agents) within each of the Service Counties are New Buy-side Customers

19   whose initial requests for service can be determined to relate to homes listed below the Target

20   Price for the Service County in which the home is listed.

21         33.    The Target Price for each Service County will adjust (up or down) annually

22   commensurate with the annual percentage change in the median home price for that Service

23   County, as published by the National Association of REALTORS® (NAR).  The annual Target

24   Price adjustment will occur on each anniversary of the end of the quarter in which the Effective

25   Date falls (for example, if the Effective Date is March 25, the end of the quarter in which the

26   Effective Date falls is March 31).  No fewer than thirty days before implementing Target Price

27   adjustments pursuant to this Paragraph, Redfin will notify Plaintiffs of the updated Target Prices.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

34.     Redfin's Service Commitment will be fully implemented within one year of the Effective Date. Before implementation (and within six months of the Effective Date), Redfin will report to NFHA, as Plaintiffs' representative, regarding its progress in developing the Service Commitment. Once Redfin implements the Service Commitment, Redfin will report to NFHA and meet with NFHA, as Plaintiffs' representative, regarding its implementation of the Service Commitment. Redfin will provide the initial report to NFHA and meet with NFHA approximately six months after the date on which the Service Commitment is first implemented. The reports shall include (a) the date and time of each Contact within the Service Counties, (b) the price of the home about which each Contact within a Service County initially inquired, (c) the address of the home about which each Contact within a Service County initially inquired, including the county and zip code, (d) the type of property about which each Contact within a Service County initially inquired, (e) whether each Contact within a Service County is referred to a Redfin employee agent or a Partner Agent, and (f) whether each Contact within a Service County became a Customer. Redfin will consider in good faith any requests by Plaintiffs for additional specific information related to the implementation of the Service Commitment. Following the initial report and meeting, Redfin will report to NFHA and meet with NFHA within thirty days before the first, second, and third anniversaries of the date on which Redfin first implements the Service Commitment. Redfin shall provide NFHA with its reports at least fifteen days before meeting with NFHA.

35.     If Redfin (a) ceases to operate in a Business Market due to changes in business or economic conditions unrelated to this Agreement, (b) is unable to meet the Service Commitment in one or more Service Counties because of insufficient demand from New Buy-side Customers whose initial requests for service relate to homes listed below the Target Price, or (c) is unable to meet the Service Commitment in one or more Service Counties because of factors substantially beyond its control, Redfin will notify NFHA, as representative for Plaintiffs, within thirty days of determining it will be unable to meet the Service Commitment. The notification will include: (a) the basis for Redfin's determination, and (b) whether (and when) Redfin expects to be able to

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 15

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  resume its Service Commitment in the affected county. Within thirty days of receiving Redfin's

2  notice, Plaintiffs may notify Redfin if they disagree with Redfin's determination, and provide the

3  basis for their disagreement. Redfin will consider Plaintiffs' position in good faith as part of its

4  determination of whether and how Redfin will be able to resume its Service Commitment in the

5  affected Service County.

6                                              SECTION VI

7          **DEADLINES, MEETINGS AND REPORTING, AND CONFIDENTIALITY**

8          36.     The deadlines and dates for performance by Redfin or Plaintiffs under this

9  Agreement may be extended or modified by written agreement of Redfin and NFHA, as

10 Plaintiffs' representative.

11         37.     The Parties agree to work together in good faith to efficiently schedule any

12 meetings that may be required or requested in connection with either Party's reporting or

13 presentation obligations under this Agreement, scheduling meetings in tandem where feasible.

14         38.     The following shall be treated, or continue to be treated, as confidential by the

15 Parties, including during any dispute resolution process (the "Confidential Information"): (a)

16 any written or oral information or communications exchanged by the Parties during settlement

17 negotiations prior to the Parties' execution of this Agreement, and (b) any written or oral

18 information or communications exchanged by the Parties pursuant to the Agreement.

19         39.     The Parties shall not disclose Confidential Information to any other person or

20 entity except: (i) with the providing Party's prior written consent, which the other Party may in

21 its sole discretion grant or deny; (ii) pursuant to a validly executed subpoena; (iii) to a Party's

22 agents, including attorneys, investment and tax advisors and accountants, all on a need-to-know

23 basis, who shall be advised of and requested to agree to maintain the confidentiality of the

24 Confidential Information; or (iv) pursuant to a court order. If a Party or its counsel receives a

25 subpoena or court order calling for disclosure of the Confidential Information, the Party agrees to

26 give the disclosing Party written notice of the subpoena or court order so the other Party has the

27 opportunity to seek a protective order or make a motion to quash to prevent any disclosure of the

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  Confidential Information.  Any Party receiving such a subpoena or court order agrees to provide

2  the other Party with written notice no later than ten (10) business days before the date for

3  production or testimony, provided that if the Party does not receive sufficient notice of the

4  subpoena or court order to comply with this provision, the Party shall provide the maximum

5  notice practicable under the circumstances.  Each Party further agrees not to testify or produce

6  documents any earlier than the date required by any subpoena or court order seeking

7  Confidential Information.  In any proceeding before the Court in connection with this

8  Agreement, the Parties agree to seek the Court's permission to file Confidential Information

9  under seal.

10       40.     The Parties may not make use of the Confidential Information, or any written or

11  oral information or communications exchanged by the Parties during settlement negotiations

12  prior to the Parties' execution of this Agreement, or exchanged by the Parties pursuant to the

13  Agreement, or provided to another Party pursuant to any reporting obligations in this Agreement

14  in any manner in or as the basis for any lawsuits, legal claims, complaints, or other

15  administrative or adjudicative proceedings.

16  SECTION VII

17  **MONETARY RELIEF**

18       41.     Redfin will pay the total sum of four million dollars ($4,000,000) in full and final

19  settlement of all of Plaintiffs' claims for damages against Redfin in this Action, including but not

20  limited to claims for:  alleged diversion of Plaintiffs' resources; frustration of Plaintiffs' mission;

21  alleged community harm, including Plaintiffs' future work in carrying out the Agreement terms

22  such as any monitoring, testing, reporting, meetings or consultations, and design of fair housing

23  training; punitive damages; and attorneys' fees and costs ("Settlement Amount").  The

24  Settlement Amount shall be paid via electronic funds transfer to Plaintiff's counsel, Emery Celli

25  Brinckerhoff Abady Ward & Maazel LLP ("ECBAWM"), on behalf of Plaintiffs, as follows: (1)

26  three million dollars ($3,000,000) shall be paid within thirty (30) days of the Effective Date,

27  provided that, at least fifteen days before the due date for this payment, Redfin must receive (a) a

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 17

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  W-9 for each Plaintiff and ECBAWM, and (b) wire instructions for ECBAWM, on the firm's

2  letterhead; (2) one million dollars ($1,000,000) shall be paid on or before the one year

3  anniversary of the Effective Date.

4      42.    The one million dollars ($1,000,000) of the Settlement Amount that Redfin is

5  required to pay on or before the one year anniversary of the Effective Date shall be used to fund

6  programs devoted to expanding home ownership opportunities (the "Opportunity Fund"),

7  including programs that Plaintiffs administer.

8      43.    The Opportunity Fund will be allocated only to programs designed to increase

9  homeownership opportunities in the ten metropolitan areas discussed in the Complaint, through

10  activities such as, but not limited to, the following:  down-payment assistance programs;

11  financial literacy workshops and credit counseling; and first-time homebuyer counseling

12  programs.  Plaintiffs will allocate the funds only to organizations qualified under 26 U.S.C.

13  § 501(c)(3) that they determine to be capable of delivering programs in each applicable

14  geography.  Funds from the Opportunity Fund may be allocated to any Plaintiff organization that

15  offers qualifying programs.  NFHA, as Plaintiffs' representative, will report to Redfin on the

16  intended allocation of the Opportunity Fund within nine months of the Effective Date, providing

17  a brief description of the programs that will receive funds and the amounts allocated to those

18  programs.   Within thirty days thereafter, Redfin will provide NFHA with any objections,

19  suggestions, or feedback Redfin may have in response to proposed allocations, which Plaintiffs

20  will consider in good faith before making final allocation decisions.

21      44.    Plaintiffs and Redfin each acknowledge and agree that they have not made any

22  representations to each other with respect to the tax effects, if any, of this Agreement, and that

23  each shall be solely responsible for the tax liability, if any, arising from this Agreement,

24  including without limitation with respect to the payment of Settlement Amounts described in

25  Paragraph 41, above.

26

27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 18

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

SECTION VIII

**RELEASES**

45.     Except for the right to enforce this Agreement, Plaintiffs fully and forever release and forever discharge Redfin and each and all of Redfin's respective assigns, parents, subsidiaries, affiliates, predecessors and successors in interest (collectively, "Released Entities"), and each and all of the Released Entities' past or present principals, employees, agents, representatives, managers, officers, directors, shareholders, partners, members, heirs, attorneys, and insurers (together with the Released Entities, collectively, the "Releasees") from any and all liability, claims, or rights of action, damages, costs, expenses, and compensation of any kind or nature, in law, equity or otherwise, whether known or unknown, vested or contingent, suspected or unsuspected, arising from, relating to, or in connection with the facts, matters, claims, causes of action and allegations asserted in this Action, whether known or unknown, from the beginning of time to the latest signature date on this Agreement, including, but not limited to, any and all claims for injunctive relief, compensatory damages, punitive damages, attorneys' fees, and costs, as well as any and all claims for violations of the FHA, 42 U.S.C. § 3601 *et seq.*, or the FHA's analogues under any state or local law ("Plaintiffs' Released Claims"). This release encompasses claims in any way arising out of, concerning, or relating to the Action. Plaintiffs further represent that they are not currently aware of any facts not alleged in the Complaint that they believe give rise to a colorable legal claim by them against the Releasees, other than Plaintiffs' Released Claims.

46.     Except for the right to enforce this Agreement, Redfin fully and forever releases and forever discharges Plaintiffs and each and all of their assigns, parents, subsidiaries, affiliates, predecessors and successors in interest (collectively, "Released Plaintiff Entities"), and each and all of the Released Plaintiff Entities' past or present principals, employees, agents, representatives, managers, officers, directors, shareholders, partners, members, heirs, attorneys, and insurers (together with the Released Plaintiff Entities, collectively, the "Plaintiff Releasees") from any and all liability, claims, or rights of action, damages, costs, expenses, and

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  compensation of any kind or nature whatsoever, in law, equity or otherwise, whether known or

2  unknown, vested or contingent, suspected or unsuspected, arising from, arising out of, relating

3  to, or in connection with the facts, matters, claims, causes of action, and allegations asserted in

4  this Action, whether known or unknown, from the beginning of time to the latest signature date

5  on this Agreement.  This release encompasses claims in any way arising out of, concerning, or

6  relating to the Action including, without limitation, the assertion of any defenses or

7  counterclaims.

8  SECTION IX

9  **NO ADMISSIONS; PUBLICITY**

10  47.  Nothing in this Agreement shall be deemed to be an admission by Redfin that it

11  has in any way violated any laws or rights defined in the constitutions, statutes, ordinances, rules,

12  or regulations of the United States, any state, or any locality, or that it has engaged in any of the

13  conduct alleged in the Complaint.  The Parties have entered into this Settlement Agreement for

14  the purpose of avoiding the burdens and expense of protracted litigation.

15  48.  The Parties will issue a joint statement to be made public upon the filing of this

16  Agreement with the Court, which recognizes (a) the Parties' joint commitment to the fair

17  housing goals embodied in this Agreement, (b) the progress toward those goals reflected in this

18  Agreement, and (c) the work that remains to be done to eradicate the historical impact of

19  systemic racism on the residential real estate industry.  No Party shall be restricted in its ability

20  to communicate with the public or the media.

21  SECTION X

22  **DISMISSAL, GOVERNING LAW, DISPUTE RESOLUTION,**

23  **AND RETENTION OF JURISDICTION**

24  49.  The Parties agree, simultaneously with their execution of this Agreement, to

25  execute a stipulation dismissing the Action with prejudice, subject to the Court's retention of

26  jurisdiction for the purpose of interpreting and enforcing the terms of this Agreement.

27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 20

50.     Counsel for Plaintiffs will file a Stipulation and Order of Dismissal with prejudice, in the form attached hereto as Exhibit A, within three business days after the Parties have fully executed this Agreement.  This Agreement will be attached as an exhibit to the Stipulation and Order of Dismissal.  The Parties will jointly ask the Court to "so-order" the stipulation and agree to retain jurisdiction for the limited purpose set out above.

51.     This Agreement shall be governed by and construed in accordance with federal law and, to the extent federal law does not address the issue, the substantive law of the State of Washington without regard to conflict of laws principles.

52.     Any disputes regarding the interpretation, implementation, or alleged violation of the Agreement shall be resolved as follows:

a.     During the term of the Agreement, either Party may monitor the compliance of the other Party's implementation of its obligations under the Agreement.  Both Parties will treat the results of such monitoring as confidential pursuant to Section VI, above, and may not make use of the results of such monitoring in any manner in or as the basis for any lawsuits, legal claims, complaints, or other administrative or adjudicative proceedings, other than a dispute raised pursuant to this Section of the Agreement.

b.     A Party will notify the other Party in writing if a Party believes the other Party is not in compliance with any term of the Agreement and allow the allegedly non-compliant Party at least sixty days from receipt of any such written notice to cure.  As part of the sixty-day notice and opportunity to cure time period, the Parties will meet and confer in good faith and attempt to resolve the matter.  The Parties intend and commit to collaborate in good faith to resolve any disputes that may arise between them.

c.     If the Parties cannot resolve the dispute, they will submit their disagreement to be mediated by Linda Singer or, if Ms. Singer is unable or unwilling to serve, another mediator mutually agreeable to the Parties.  Any mediation will take place in Seattle, Washington, D.C., or virtually, at the mediator's option, with Redfin to pay three-quarters of the mediator's fee, and NFHA to pay one-quarter.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

d.      If the Parties engage in mediation in good faith but are unable to resolve the dispute through mediation, any Party may, with at least thirty days' written notice to the other Party summarizing the alleged dispute and proposed remedy, bring the dispute before the United States District Court for the Western District of Washington, which will retain jurisdiction over the Action for the purpose of enforcing the Agreement.

e.      The Parties will pay their own attorney's fees and costs in connection with any dispute resolution process under this Paragraph, and in any action to enforce the terms of this Agreement.

SECTION XI

<u>**NOTICES**</u>

53.    Any notice to Plaintiffs required by this Agreement shall be sent via email to:

Diane L. Houk
Emery Celli Brinckerhoff Abady Ward & Maazel LLP

and

Morgan Williams
National Fair Housing Alliance

Any notice to Redfin in connection with this Agreement shall be sent via email to:

Chava Brandriss
Davis Wright Tremaine LLP

and

Anthony Kappus
Redfin Corporation

SECTION XII

<u>**CONSTRUCTION AND SEVERABILITY**</u>

54.    This Agreement will be deemed to have been jointly drafted, and no provision will be interpreted or construed for or against any Party because that Party drafted or requested the provision or this Agreement as a whole.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 22

55.     The section headings in this Agreement are used for convenience only and will not be used in construing the Agreement.

56.     If any provision in this Agreement is declared invalid or unenforceable by a court having competent jurisdiction, this Agreement will survive except for the part declared invalid or unenforceable by order of such court, unless the elimination of the invalid provision will materially affect the intent of the Agreement.  The Parties will use their best efforts to agree upon a valid and enforceable provision as a reasonable substitute for any provision declared invalid or unenforceable.

57.     The terms set forth in this Agreement and the Side Letter constitute the complete and exclusive statement of the agreement between the Parties relating to the subject matter of this Agreement, superseding all previous negotiations and understandings, whether oral or in writing, express or implied, and may not be contradicted by evidence of any prior or contemporaneous agreement.

58.     Except as otherwise specified, this Agreement may not be modified or amended except by an instrument in a writing that specifically states that it is a supplement, modification, or amendment to this Agreement and is signed by an authorized representative of all of the Parties.

59.     Each Party expressly represents and warrants that it has full legal capacity to enter into this Agreement, that a responsible representative has carefully read and fully understands this Agreement, that it has had the opportunity to review this Agreement with its attorneys, and that it has executed this Agreement voluntarily, without duress, coercion, or undue influence.

60.     Each individual signing this Agreement warrants that the individual has the authority to enter into this Agreement on behalf of the Party for which that individual signs.

61.     This Agreement may be executed in any number of counterparts and each such counterpart will be deemed to be an original.  For purposes of executing this Agreement, a document signed and transmitted by facsimile or email will be treated as an original document and have the same binding legal effect as an original signature on an original document.

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

FOR PLAINTIFFS:

FOR DEFENDANT:

NATIONAL FAIR HOUSING ALLIANCE

REDFIN CORPORATION

By: *Lisa Rice*

By: _____

Lisa Rice, President & CEO

Anthony Kappus, Chief Legal Officer

Date: Apr 28, 2022

Date: _____

FAIR HOUSING CENTER OF
METROPOLITAN DETROIT

By: _____

Steve Tomkowiak, Executive Director

Date:_____

FAIR HOUSING JUSTICE CENTER, INC.

By:_____

Elizabeth Grossman, Executive Director

Date:_____

FAIR HOUSING RIGHTS CENTER IN
SOUTHEASTERN PENNSYLVANIA

By: _____

Angela McIver, CEO

Date:_____

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1  FOR PLAINTIFFS:                         FOR DEFENDANT:

2

3  NATIONAL FAIR HOUSING ALLIANCE          REDFIN CORPORATION

4  By: _____            By: _____
5       Lisa Rice, President & CEO              Anthony Kappus, Chief Legal Officer

6  Date: _____            Date: _____

7

8  FAIR HOUSING CENTER OF
   METROPOLITAN DETROIT
9

10 By: *Steve Tomkowiak*
      Steve Tomkowiak (Apr 28, 2022 11:17 EDT)
11     Steve Tomkowiak, Executive Director

12 Date: Apr 28, 2022 _____

13

14 FAIR HOUSING JUSTICE CENTER, INC.

15
   By: _____
16     Elizabeth Grossman, Executive Director

17 Date: _____

18

19

20 FAIR HOUSING RIGHTS CENTER IN
   SOUTHEASTERN PENNSYLVANIA
21

22 By: _____
      Angela McIver, CEO
23 Date: _____

24

25

26

27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

FOR PLAINTIFFS:                              FOR DEFENDANT:

NATIONAL FAIR HOUSING ALLIANCE               REDFIN CORPORATION

By: _____        By: _____
        Lisa Rice, President & CEO                    Anthony Kappus, Chief Legal Officer

Date: _____        Date: _____


FAIR HOUSING CENTER OF
METROPOLITAN DETROIT

By: _____
        Steve Tomkowiak, Executive Director

Date:_____


FAIR HOUSING JUSTICE CENTER, INC.

By: *Elizabeth Grossman*
    Elizabeth Grossman (Apr 28, 2022 14:42 EDT)
    _____
        Elizabeth Grossman, Executive Director

Date: Apr 28, 2022_____



FAIR HOUSING RIGHTS CENTER IN
SOUTHEASTERN PENNSYLVANIA

By: _____
        Angela McIver, CEO

Date:_____

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 24

FOR PLAINTIFFS:                           FOR DEFENDANT:

NATIONAL FAIR HOUSING ALLIANCE            REDFIN CORPORATION

By: _____      By: _____
        Lisa Rice, President & CEO                Anthony Kappus, Chief Legal Officer

Date: _____      Date: _____


FAIR HOUSING CENTER OF
METROPOLITAN DETROIT

By: _____
        Steve Tomkowiak, Executive Director

Date: _____


FAIR HOUSING JUSTICE CENTER, INC.

By: _____
        Elizabeth Grossman, Executive Director

Date: _____



FAIR HOUSING RIGHTS CENTER IN
SOUTHEASTERN PENNSYLVANIA

By: *Angela McIver*
        Angela McIver, CEO

Date: Apr 28, 2022

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 24

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1

2   HOPE FAIR HOUSING CENTER

3

4   By: _____
        Michael Chavarria (Apr 28, 2022 09:32 CDT)
        Michael Chavarria, Executive Director

5   Date: Apr 28, 2022 _____

6

7   LEXINGTON FAIR HOUSING COUNCIL

8

9   By: _____
        Art Crosby, Executive Director

10  Date: _____

11

12

13  LONG ISLAND HOUSING SERVICES

14  By: _____
        Ian Wilder, Executive Director

15

16  Date: _____

17

18  METROPOLITAN MILWAUKEE FAIR
    HOUSING COUNCIL

19

20  By: _____
        William Tisdale, President

21  Date: _____

22

23

24  OPEN COMMUNITIES

25  By: _____
        Cheryl Lawrence, CEO

26

27  Date: _____

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 25

HOPE FAIR HOUSING CENTER

By: _____
       Michael Chavarria, Executive Director

Date: _____

LEXINGTON FAIR HOUSING COUNCIL

By: *Arthur Crosby*
     Arthur Crosby (Apr 28, 2022 10:38 EDT)
       Art Crosby, Executive Director

Date: Apr 28, 2022
       _____

LONG ISLAND HOUSING SERVICES

By: _____
       Ian Wilder, Executive Director

Date: _____

METROPOLITAN MILWAUKEE FAIR
HOUSING COUNCIL

By: _____
       William Tisdale, President

Date: _____

OPEN COMMUNITIES

By: _____
       Cheryl Lawrence, CEO

Date: _____

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 25

1
2    HOPE FAIR HOUSING CENTER
3
4    By: _____
         Michael Chavarria, Executive Director
5
     Date: _____
6
7    LEXINGTON FAIR HOUSING COUNCIL
8
9    By: _____
         Art Crosby, Executive Director
10
     Date: _____
11
12
13   LONG ISLAND HOUSING SERVICES
14   By: *Ian Wilder*
         Ian Wilder (Apr 28, 2022 15:31 EDT)
15       Ian Wilder, Executive Director
16   Date: Apr 28, 2022 _____
17
18   METROPOLITAN MILWAUKEE FAIR
     HOUSING COUNCIL
19
20   By: _____
         William Tisdale, President
21
     Date: _____
22
23
24   OPEN COMMUNITIES
25   By: _____
         Cheryl Lawrence, CEO
26
     Date: _____
27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 25

HOPE FAIR HOUSING CENTER

By: _____
    Michael Chavarria, Executive Director

Date: _____


LEXINGTON FAIR HOUSING COUNCIL

By: _____
    Art Crosby, Executive Director

Date: _____


LONG ISLAND HOUSING SERVICES

By: _____
    Ian Wilder, Executive Director

Date: _____


METROPOLITAN MILWAUKEE FAIR
HOUSING COUNCIL

By: *William R Tisdale*
    William R. Tisdale (Apr 28, 2022 12:06 CDT)
    William Tisdale, President

Date: Apr 28, 2022 _____


OPEN COMMUNITIES

By: _____
    Cheryl Lawrence, CEO

Date: _____

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 25

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

HOPE FAIR HOUSING CENTER

By: _____
    Michael Chavarria, Executive Director

Date: _____

LEXINGTON FAIR HOUSING COUNCIL

By: _____
    Art Crosby, Executive Director

Date: _____

LONG ISLAND HOUSING SERVICES

By: _____
    Ian Wilder, Executive Director

Date: _____

METROPOLITAN MILWAUKEE FAIR
HOUSING COUNCIL

By: _____
    William Tisdale, President

Date: _____

OPEN COMMUNITIES

By: *Cheryl L. Lawrence*
    Cheryl L. Lawrence (Apr 28, 2022 16:04 CDT)
    Cheryl Lawrence, CEO

Date: Apr 28, 2022

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 25

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1

2      SOUTH SUBURBAN HOUSING CENTER

3
       By: _John R. Petruszak_____
4          John R. Petruszak (Apr 28, 2022 10:19 CDT)
           John Petruszak, Executive Director
5
       Date: _Apr 28, 2022_____
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1    FOR PLAINTIFFS:                          FOR DEFENDANT:

2

3    NATIONAL FAIR HOUSING ALLIANCE           REDFIN CORPORATION

4    By: _____            By: _____
                                                  Anthony Kappus (Apr 28, 2022 15:27 PDT)
5        Lisa Rice, President & CEO               Anthony Kappus, Chief Legal Officer

6    Date: _____            Date: Apr 28, 2022

7

8    FAIR HOUSING CENTER OF
     METROPOLITAN DETROIT
9

10   By: _____

11       Steve Tomkowiak, Executive Director

12   Date:_____

13

14   FAIR HOUSING JUSTICE CENTER, INC.

15
     By:_____
16       Elizabeth Grossman, Executive Director

17   Date:_____

18

19

20   FAIR HOUSING RIGHTS CENTER IN
     SOUTHEASTERN PENNSYLVANIA
21

22   By: _____
         Angela McIver, CEO
23   Date:_____

24

25

26

27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) - 24

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**Exhibit A**

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATIONAL FAIR HOUSING ALLIANCE;
FAIR HOUSING CENTER OF
METROPOLITAN DETROIT; FAIR
HOUSING JUSTICE CENTER; FAIR
HOUSING RIGHTS CENTER IN
SOUTHEASTERN PENNSYLVANIA; HOPE
FAIR HOUSING CENTER; LEXINGTON
FAIR HOUSING COUNCIL; LONG ISLAND
HOUSING SERVICES; METROPOLITAN
MILWAUKEE FAIR HOUSING COUNCIL;
OPEN COMMUNITIES; and SOUTH
SUBURBAN HOUSING CENTER,

                                    Plaintiffs,

                        v.

REDFIN CORPORATION,

                                    Defendant.

No. 2:20-cv-01586-JLR-TLF

STIPULATED MOTION AND
[PROPOSED] ORDER OF
DISMISSAL WITH PREJUDICE

**Noted for Consideration**:
April 29, 2022

_____

## **STIPULATED MOTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Local Civil Rule 10(g), and Local

Civil Rule 7(d)(1), the parties jointly move the Court for the following relief:

1.      Plaintiffs and Redfin have reached an agreement that resolves this litigation, the

terms of which are memorialized in the Settlement Agreement attached hereto as Exhibit 1.

2.      This action shall be dismissed with prejudice, subject to Paragraphs 3 and 4

below, and without costs or expenses to any party except as specifically provided for in the

Settlement Agreement.

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

3. The Parties jointly request that the Court retain jurisdiction over this action for the sole purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement. Pursuant to Paragraph 52 of the Settlement Agreement, the parties will not seek relief from the Court to resolve disputes until after there has been notice and an opportunity to cure, followed by third-party mediation. The Court's jurisdiction will automatically terminate three years after Defendant Redfin has notified Plaintiffs in writing that it has completed the actions described in Paragraph 2 of the Settlement Agreement.

4. Plaintiffs condition their agreement to dismiss pursuant to this Stipulated Motion on the Court retaining jurisdiction over this action for the sole purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement.

Dated: _____

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Defendant Redfin Corporation*

By:_____
   Stephen M. Rummage, WSBA #11168
   Robert J. Maguire, WSBA #29909
   Chava Brandriss, *Pro Hac Vice*
   Arthur A. Simpson, WSBA #44479
   920 Fifth Avenue, Suite 3300
   Seattle, WA 98104-1610
   Telephone: 206-622-3150
   Fax: 206-757-7700
   Email: steverummage@dwt.com
   Email: robmaguire@dwt.com
   Email: chavabrandriss@dwt.com
   Email: arthursimpson@dwt.com

Dated: _____

EMERY CELLI BRINCKERHOFF
ABADY WARD & MAAZEL LLP
*Attorneys for Plaintiffs*

By:_____
   Diane L. Houk, *Pro Hac Vice*
   Samuel Shapiro, *Pro Hac Vice*
   600 Fifth Avenue, 10th floor
   New York, NY 10020
   Telephone: 212-763-5000
   Fax: 212-763-5001
   Email: dhouk@ecbawm.com
   Email: sshapiro@ecbawm.com

Dated: _____

MACDONALD HOAGUE & BAYLESS
*Attorneys for Plaintiffs*

By:_____
   Jeffrey Lynn Taren, WSBA #50275
   705 Second Avenue, Suite 1500
   Seattle, WA 98104-1745
   Telephone: 206-622-1604
   Email: JeffreyT@mhb.com

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1
## **ORDER**

2      It is SO ORDERED.  The Court shall retain jurisdiction over this action for the sole

3  purpose of interpreting or enforcing compliance with the terms of the Settlement Agreement.

4      DATED this _____ day of _____, 2022.

5

6                                                              _____
                                                              Honorable James L. Robart
7                                                             United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

SETTLEMENT AGREEMENT
(No. 2:20-cv-01586-JLR-TLF) -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax